Oral argument is set for October 3, 2001.

**James HUDSON, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 00–3448.

United States Court of Appeals, Federal Circuit.

DECIDED: July 13, 2001.

Before MAYER, Chief Judge, NEWMAN and MICHEL, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.